```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   MISDEMEANOR
                                      INFORMATION
          -v.-                    :
                                      08 Cr.
ANTHONY TROWELLS,                 :

                    Defendant.        08 CRIM 570

- - - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From on or about January 16, 2008, in the Southern District of New York and elsewhere, ANTHONY TROWELLS, the defendant, being over 18 years of age, unlawfully, willfully, and knowingly, and with intent to defraud, did attempt to make, utter, insert, and use any paper, and other thing similar in size and shape to any of the lawful coins and other currency of the United States and any coin and other currency not legal tender in the United States, to procure anything of value, to wit, TROWELLS possessed a counterfeit traveler's check that he intended on using to purchase goods.

(Title 18, United States Code, Sections 491 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE F[ILED]: JUN 23 2008

===========================================

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

===========================================

**UNITED STATES OF AMERICA**

- v. -

**ANTHONY TROWELLS,**

Defendant.

===========================================

**MISDEMEANOR**
**INFORMATION**

08 Cr.

(18 U.S.C. §§ 491 and 2.)


                        MICHAEL J. GARCIA
                    United States Attorney.

===========================================