# United States District Court

_Southern_ DISTRICT OF _New York_

UNITED STATES OF AMERICA
V.

_Anthony Trowells,_

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE IN
A MISDEMEANOR CASE

CASE NUMBER: _08 Cr. 570_

The United States magistrate has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate has informed me of my right to the assistance of legal counsel. The magistrate has also informed me of my right to trial, judgment and sentencing before a United States district judge or a United States magistrate.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge and I consent to trial, judgment, and sentencing before a United States magistrate.

X _Anthony Trowells_
Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury.

Defendant

Consented to by United States

Signature

Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate has also advised me of my right to have at least thirty days to prepare for trial before the magistrate.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

X _____
Defendant

_[signature]_
Defendant's Attorney (if any)

Approved By: _[signature] D___ F. E____
U.S. Magistrate

_7/9/08_
Date

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUL 09 2008]